## Phillips *v.* Phillips, Appellant.

Argued September 13, 1968. *William E. Schantz,* with him *Synder, Doll, Schantz and King,* for appellant; *Thomas E. Weaver, Jr.,* with him *Weaver, Weaver & Weaver,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.